27 So.2d 48

**Henry FINNEY v. STATE.**

7 Div. 878.

Supreme Court of Alabama.

June 13, 1946.

Rehearing Denied Aug. 2, 1946.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Henry Finney for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Finney v. State, 27 So.2d 46.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.